UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:02-cr-00046-JPH-MJD |
| | ) | |
| JESSE T. BUCHANAN, | ) | -01 |
| | ) | |
| Defendant. | ) | |

**Entry Lifting Stay and Directing Briefing of Motion for Compassionate Release**

On October 2, 2020, Defendant's counsel filed an Amended Motion for Compassionate Release and Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 93. Accordingly, the stay previously entered in this case is **hereby lifted.** *See* dkt. 87. In addition, the United States shall file its response to Defendant's amended motion within 7 days of the date of this Entry. Any reply shall be filed within 7 days of the United States' response.

**SO ORDERED.**

Date: 10/7/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel