UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:02-cr-00046-JPH-MJD |
| JESSE T. BUCHANAN, | ) ) | -01 |
| Defendant. | ) ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mark J. Dinsmore has entered a Report and Recommendation, dkt. 168, recommending that the Court revoke Mr. Buchanan's supervised release and sentence him to 8 months' imprisonment with no supervised release to follow.  The parties have had the opportunity to object but have not done so.  *See* Fed. R. Crim. P. 59(b)(2); 28 U.S.C. § 636(b)(1)(C).  Mr. Buchanan's counsel has submitted two letters written by Mr. Buchanan, dkts. 169, 172, in which Mr. Buchanan seeks placement in a halfway house or home detention in lieu of incarceration.

This request is inconsistent with the sentence that the parties jointly recommended—eight months' incarceration with no term of supervised release.  Dkt. 168 at 2.  The Court has listened to an audio recording of the supervised release violation hearing.  The Court concludes that the sentence recommended by Magistrate Judge Dinsmore is, in fact, the sentence that the

1

parties agreed to as reflected by their statements at the supervised release revocation hearing.  The jointly recommended sentence is at the low-end of the applicable advisory Guidelines' range and does not include any supervision to follow.  The record reflects that in reaching this resolution, Mr. Buchanan admitted to Violation No. 4 and the Government dismissed Violation Nos. 1, 2, and 3.  The Court finds the recommended sentence sufficient but not greater than necessary under 18 U.S.C. § 3553(a), and declines to order or recommend placement at a halfway house or home detention in lieu of incarceration as requested by Mr. Buchanan.

Therefore, the Court has considered and now **ADOPTS** the Report and Recommendation and all findings therein, dkt. [168].  The Court now **ORDERS** that Jesse T. Buchanan's supervised release is therefore **REVOKED**, dkt. [143], and Mr. Buchanan is sentenced to the custody of the Attorney General or his designee for imprisonment of 8 months with no supervised release to follow.  Violations numbers 1, 2, and 3 are **DISMISSED**.

**SO ORDERED.**

Date: 12/16/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C